UNITED STATES BANKRUPTCY COURT
LOUISIANA EASTERN

IN THE MATTER OF:                                   CASE NUMBER:

**WEBB, AUDREY**                                **CASE NO: 10-11322**
                                                                                        SECTION: B

DEBTOR(S)                                           CHAPTER 7
                                                                                         LIQUIDATION

## TRUSTEE'S PETITION OF DISCLAIMER AND ABANDONMENT

To: The Honorable Jerry A. Brown, Bankruptcy Judge

       The petition of the undersigned Trustee of the estate of the above named Debtor(s), with respect represents:

       On the grounds that there is no equity in the hereinafter described property for the Debtor(s)' estate over and above such mortgage and/or other liens as may affect the said property and such exemptions as may apply thereto, or that if there is any such equity, it is not sufficient to justify administration.

       The undersigned Trustee (in her official capacity under Federal Law) as representative of the estate of the Debtor(s), does, subject to the approval of this Court, disclaim and abandon all such right, title, and interest of the said Debtor(s) estate in and to the following described property:

Real Estate located at 3829 Agateway, Harvey, LA
2008 GMC Canyon; 2004 GMC Envoy; 2008 Pontiac G6; 2001 Chrysler Town & Country LXI
Household Goods, Furnishings & Appliances; Wedding Rings
Wearing Apparel

                                        /s/ Barbara Rivera-Fulton
                                        **Barbara Rivera-Fulton, Trustee**
                                        **Chapter 7 Trustee**
                                        P. O. Box 19980
                                        New Orleans, LA  70179
                                        Telephone No.: (504) 861-9200