UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF:  CASE NUMBER

**Audrey Webb**  10-11322
Section "B"

DEBTOR(S)  CHAPTER 7
LIQUIDATION

## TRUSTEE'S MOTION FOR TURNOVER OF PROPERTY OF ESTATE

NOW COMES, Barbara Rivera-Fulton, Trustee herein, who respectfully moves this Court for an Order to compel debtor(s) herein to turnover the property described below, for the following reasons:

1. On 04/19/2010, the debtor(s) filed a Voluntary Petition for Relief under Chapter 7 of the United States Bankruptcy Code. Barbara Rivera-Fulton was thereafter duly appointed the interim Trustee and subsequently qualified as the permanent Trustee of the captioned estate.

2. The Court has jurisdiction over this Motion pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(E).

3. On 9/3/2010 this Honorable Court granted Trustee's Motion to Reopen debtor's case for Trustee to administer the estate portion of debtor's 2009 federal and state income tax refunds.

4. Debtor(s) has not turned over the 2009 federal nor state refunds, therefore, brings this Motion before this Honorable Court in order to obtain the turn over of the aforementioned property.

**WHEREFORE**, Barbara Rivera-Fulton, Trustee herein, prays that the debtor(s) be ordered to immediately turn over signed copies of the 2009 federal and state income tax returns and that the debtor be ordered to turn over all original refund checks to the Trustee, or in the alternative be ordered to repay the portion of the tax refunds due to the estate, and for other relief as the Court deems appropriate under the premises.

Respectfully submitted,

s/ Barbara Rivera-Fulton
**Barbara Rivera-Fulton**
**Chapter 7 Trustee**
P.O. Box 19980, N.O. LA 70179